### 7475. MUSTIN v. MILLEN GROCERY COMPANY.

HODGES, J. The evidence shows that the account sued on was a mutual account. Therefore, the statute of limitations does not apply. The court did not err in refusing to grant a new trial.

*Judgment affirmed.*

DECIDED SEPTEMBER 21, 1916.

Complaint—appeal; from Jenkins superior court—Judge Henry C. Hammond. April 24, 1916.

*William Woodrum,* for plaintiff in error.